**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>REBECCA ANGELA VARGAS,<br><br>    Defendant | Case No.: 17cr1398 LAB<br><br>ORDER AND JUDGMENT OF DISMISSAL |

Based upon the Motion filed by the United States, it is hereby ORDERED that the Information against REBECCA ANGELA VARGAS is dismissed without prejudice; it is further

ORDERED that Motion/Trial Setting hearing currently scheduled for July 10, 2017 at 2:00 p.m. is vacated as to REBECCA ANGELA VARGAS only.

IT IS SO ORDERED

Dated: June 29, 2017

*Larry A. Burns*

LARRY ALAN BURNS
UNITED STATES DISTRICT COURT JUDGE